```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

**JOYCE CONIGLIO,**

      **Plaintiff,**

**v.**                                        **Case No.: 8:16-cv-00044-SDM-TBM**

**IQUAL CORPORATION,**
**et al.,**

      **Defendants.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on April 4, 2016. Plaintiff and her trial counsel, and iQual's and Nationstar's respective corporate representatives and trial counsel attended and participated.

The case has been settled as to Nationstar and remains pending as to iQual.

Done April 5, 2016 in Tampa, Florida.

                                       Respectfully submitted,

                                       /s/ Peter J. Grilli
                                       Peter J. Grilli, Esq.
                                       Florida Bar No. 237851
                                       Mediator
                                       3001 West Azeele Street
                                       Tampa, Florida 33609
                                       813.874.1002   Fax: 813.874.1131
                                       email: meditr@aol.com

I HEREBY CERTIFY that April 5, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                       /s/ Peter J. Grilli
                                       Peter J. Grilli, Esq.