UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOYCE CONIGLIO,

    Plaintiff,

v.                                                  CASE NO. 8:16-cv-44-T-23TBM

IQUAL CORPORATION, et al.,

    Defendants.
_____/

## **ORDER**

The mediator announces (Doc. 25) a settlement between Joyce Coniglio and Nationstar Mortgage LLC. Coniglio's claims against Nationstar are **DISMISSED** subject to the right of Coniglio or Nationstar within sixty days (1) to submit a stipulated form of final order or judgment or (2) to reinstate the claims upon a showing of good cause. The clerk is directed to terminate Nationstar.

ORDERED in Tampa, Florida, on April 7, 2016.

                                                              STEVEN D. MERRYDAY
                                                   UNITED STATES DISTRICT JUDGE