UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOYCE CONIGLIO,

    Plaintiff,

v.                                                    CASE NO. 8:16-cv-44-T-23TBM

iQUAL CORPORATION,

    Defendant.
_____/

## **ORDER**

      An August 14, 2017 order (Doc. 76) grants Coniglio's motion for a default judgment, permits Coniglio to move for an attorney's fee and costs no later than August 28, 2017, and explains that a further order will direct the clerk to enter judgment after the resolution of the motion for an attorney's fee and costs. Two orders (Docs. 78 and 80) extend until September 21, 2017, the time within which to move for an attorney's fee and costs. Two months after the deadline, no motion for an attorney's fee and costs appears. In accord with the August 14, 2017 order (Doc. 76), the clerk is directed (1) to enter judgment for Joyce Coniglio and against iQual Corporation in the amount of $177,000, and (2) to close the case.

      ORDERED in Tampa, Florida, on November 17, 2017.

                                                                                           STEVEN D. MERRYDAY
                                                                              UNITED STATES DISTRICT JUDGE